# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered: July 23, 2015        D-54-15
_____

In the Matter of JOHN WALTER
   REED JR., an Attorney.

(Attorney Registration No. 2708410)

_____

MEMORANDUM AND ORDER
ON MOTION

Calendar Date: June 22, 2015

Before: McCarthy, J.P., Rose, Lynch and Devine, JJ.

_____

Monica A. Duffy, Committee on Professional Standards, Albany (Sarah A. Leggio of counsel), for Committee on Professional Standards.

_____

Per Curiam.

John Walter Reed Jr. was admitted to practice by this Court in 1995. He was also admitted to practice in California that same year, where he maintains an office for the practice of law.

By order issued April 28, 2014, the State Bar Court of California approved a stipulation that Reed entered into with the California State Bar whereby he admitted that he violated California Business and Professions Code §§ 6125 and 6126 and willfully violated California Business and Professions Code § 6068 (a) by practicing law while not an active member of the California bar. On the basis of such stipulation, a public reproval, with terms, was imposed. The Committee on Professional Standards now moves to impose discipline upon Reed pursuant to Rules of the Appellate Division, Third Department (22 NYCRR) § 806.19 due to the discipline imposed in California. Reed has not replied or responded to the Committee's motion (see Matter of Halbfish, 78 AD3d 1320, 1321 [2010]).

Upon consideration of all the facts and circumstances, including the discipline imposed in California, we grant the Committee's motion and hold that Reed should be censured (see Matter of Karnazes, 76 AD3d 1138, 1139 [2010]; Matter of Fowler, 63 AD3d 1503, 1504 [2009]).

McCarthy, J.P., Rose, Lynch and Devine JJ., concur.

ORDERED that the motion of the Committee on Professional Standards is granted; and it is further

ORDERED that John Walter Reed Jr. is censured.

ENTER:

Robert D. Mayberger
Clerk of the Court